**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Kelly Rooney,<br><br>*Debtor*. | Case No. 20-10219-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

- Third Amended Chapter 13 Plan

- Motion to Modify Plan After Confirmation

- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Date: August 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com