**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Kelly Rooney,<br><br>*Debtor*. | Case No. 20-10219-AMC<br>Chapter 13 |

**Praecipe to Withdraw Documents**

To the Clerk of Court:

Please withdraw the following documents:

- Modified Chapter 13 Plan (ECF No. 68)

- Motion to Modify Plan (ECF No. 69)


Date: August 15, 2024          CIBIK LAW, P.C.
                               *Attorney for Debtor*

                               By:/s/ Michael A. Cibik
                                   Michael A. Cibik (#23110)
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA 19102
                                   215-735-1060
                                   help@cibiklaw.com