**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kelly Rooney,<br><br>                      *Debtor*. | Case No. 20-10219-AMC<br>Chapter 13 |

## Stipulation to Authorize Distribution of Funds

This stipulation is made by and between Debtor Kelly Rooney and chapter 13 standing Trustee Kenneth E. West, subject to the Court's approval, following the Debtor's post-petition entitlement to an inheritance, which necessitates an increased distribution to unsecured creditors.

**WHEREAS**, the Debtor filed a petition for relief under chapter 13 of the Bankruptcy Code on January 13, 2020;

**WHEREAS**, a chapter 13 plan was confirmed on July 7, 2020, which provided for pro-rata distribution to unsecured creditors;

**WHEREAS**, the Debtor recently inherited substantial property and now wishes to increase the distribution to unsecured creditors to 100% and complete the plan; and,

**WHEREAS**, no parties will be prejudiced because all allowed priority, secured, and unsecured claims will be paid in full by the adjustment.

**NOW, THEREFORE**, the parties stipulate and agree as follows:

1. The statements above are incorporated into this stipulation as if fully stated herein.

2. In addition to the $52,166.00 already paid to the Trustee, the Debtor must pay $42,735.00 to the Trustee on or before August 31, 2024.

3. Notwithstanding the terms of the confirmed plan, the Trustee is authorized to:

    a. Adjust the percentage of payments distributed to unsecured creditors to 100% in accordance with 11 U.S.C. §1329.

    b. Distribute supplemental attorney fees to the Debtor's attorney, if approved by the Court.

    c. Distribute the balance of funds to the Debtor if any funds remain after making the above distributions and all other distributions necessary under the confirmed plan.

4. The Debtor's attorney must file all supplemental fee applications on or before August 31, 2024.

5. The parties request that the Court enter an order approving this stipulation.

Date: August 15, 2024

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael I. Assad
    Michael I. Assad

KENNETH E. WEST
Chapter 13 Trustee

By: /s/ Kenneth E. West
    Kenneth E. West

## Order Approving Stipulation to Authorize Distribution of Funds

**AND NOW**, upon consideration of the Stipulation to Authorize Distribution of Funds, and for good cause shown, it is hereby **ORDERED** that:

1. The Stipulation is **APPROVED**.

2. All terms of the Stipulation are incorporated by reference and made a part of this order as if fully stated herein.

Date: Aug. 22, 2024

Ashely M. Chan
Chief U.S. Bankruptcy Judge

2