# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Kelly Rooney,<br><br>        Debtor. | Case No. 20-10219-amc<br><br>Chapter 13 |

### Supplemental Application for Compensation by Debtor's Counsel

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the debtor.

2. This Court previously approved an application for compensation for counsel fees in the amount of $5,000.00.

3. Applicant requests an award of supplemental compensation of $1,785.00 for 5.10 hours expended in providing the following services (hourly rates of $350 per attorney hour and $125 per paralegal hour):

| **Work Completed** | **By Whom** | **Hours** |
|---|---|---|
| Reviewed proofs of claim to determine validity | Attorney | 1.00 |
| Calculated amount to be paid to creditors | Attorney | 1.30 |
| Corresponded with estate attorney | Attorney | 0.50 |
| Communicated with Client | Attorney | 1.00 |
| Corresponded with chapter 13 trustee | Attorney | 0.30 |
| Drafted stipulation in lieu of modified plan | Attorney | 0.70 |
| Drafted fee application | Attorney | 0.30 |

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: August 22, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com