United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10219-amc |
| Kelly Rooney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Rooney, 10825 E. Keswick Road, Apt. 123, Philadelphia, PA 19154-4125 |
| cr | + | NewRez LLC f/k/a New Penn Financial, LLC d/b/a She, Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 23 2024 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2024 00:48:33 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2024 00:48:25 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Aug 23 2024 00:36:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2024 00:48:33 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:25 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 9 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

**Name**  **Email Address**

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Kelly Rooney help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REGINA COHEN
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

SARAH K. MCCAFFERY
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smccaffery@pincuslaw.com ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
on behalf of Creditor NewRez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kelly Rooney,<br><br>                    *Debtor.* | Case No. 20-10219-AMC<br>Chapter 13 |

**Stipulation to Authorize Distribution of Funds**

    This stipulation is made by and between Debtor Kelly Rooney and chapter 13 standing Trustee Kenneth E. West, subject to the Court's approval, following the Debtor's post-petition entitlement to an inheritance, which necessitates an increased distribution to unsecured creditors.

    **WHEREAS**, the Debtor filed a petition for relief under chapter 13 of the Bankruptcy Code on January 13, 2020;

    **WHEREAS**, a chapter 13 plan was confirmed on July 7, 2020, which provided for pro-rata distribution to unsecured creditors;

    **WHEREAS**, the Debtor recently inherited substantial property and now wishes to increase the distribution to unsecured creditors to 100% and complete the plan; and,

    **WHEREAS**, no parties will be prejudiced because all allowed priority, secured, and unsecured claims will be paid in full by the adjustment.

    **NOW, THEREFORE**, the parties stipulate and agree as follows:

1. The statements above are incorporated into this stipulation as if fully stated herein.

2. In addition to the $52,166.00 already paid to the Trustee, the Debtor must pay $42,735.00 to the Trustee on or before August 31, 2024.

3. Notwithstanding the terms of the confirmed plan, the Trustee is authorized to:

    a. Adjust the percentage of payments distributed to unsecured creditors to 100% in accordance with 11 U.S.C. §1329.

    b. Distribute supplemental attorney fees to the Debtor's attorney, if approved by the Court.

    c. Distribute the balance of funds to the Debtor if any funds remain after making the above distributions and all other distributions necessary under the confirmed plan.

4. The Debtor's attorney must file all supplemental fee applications on or before August 31, 2024.

5. The parties request that the Court enter an order approving this stipulation.

Date: August 15, 2024

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael I. Assad
    Michael I. Assad

KENNETH E. WEST
Chapter 13 Trustee

By: /s/ Kenneth E. West
    Kenneth E. West

**Order Approving Stipulation to Authorize Distribution of Funds**

**AND NOW**, upon consideration of the Stipulation to Authorize Distribution of Funds, and for good cause shown, it is hereby **ORDERED** that:

1. The Stipulation is **APPROVED**.

2. All terms of the Stipulation are incorporated by reference and made a part of this order as if fully stated herein.

Date: Aug. 22, 2024

Ashely M. Chan
Chief U.S. Bankruptcy Judge