**In the United States Bankruptcy Court
for the Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　　　Kelly Rooney,<br><br>　　　　　　Debtor. | Case No. 20-10219-AMC<br><br>Chapter 13 |

**Certificate of No Response to Supplemental Application for Compensation
and Certificate of No Administrative Expense Applications**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the supplemental application for compensation filed on August 22, 2024, as ECF No. 75.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the supplemental application, responses to the application were to be filed and served on or before September 5, 2024.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon. Pursuant to the Court's order of August 22, 2024, ECF No. 74, all applications for administrative expenses were to be filed and served on or before August 31, 2024.

Date: September 17, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com