**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kelly Rooney, | Chapter 13 |
| Debtor | Case No. 20-10219-amc |

### PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 10825 E. Keswick Road<br>Apt. 123<br>Philadelphia, PA 19154 | 9553 James Street<br>Unit B<br>Philadelphia, PA 19114 |

Date: October 7, 2024

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik
Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E: mail@cibiklaw.com