United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kelly Rooney  
    Debtor

Case No. 20-10219-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Rooney, 9553 James Street, Unit B, Philadelphia, PA 19114-3042 |
| 14493511 | + | Ally Financial Inc., C/O REGINA COHEN, Lavin Cedrone Graver Boyd and Disipio, 190 North Independence Mall West, 6th and Race Streets, Ste. 500 Philadelphia, PA 19106-1554 |
| 14769676 | + | New Rez LLC, C/O Sarah K. McCaffery, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14457989 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14457991 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14478134 | + | TD Bank, N.A., Martin A. Mooney, Esq., 950 New Loudon Road, Latham, New York 12110-2100 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14477764 | | Email/Text: ally@ebn.phinsolutions.com | Oct 22 2024 23:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620395 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2024 23:59:37 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14457971 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 22 2024 23:48:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14457972 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2024 23:48:00 | Bank Of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14457976 | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14457977 | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14457973 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 22 2024 23:59:29 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14453819 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2024 23:59:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14474513 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2024 23:59:55 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14465638 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2024 23:59:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14457974 | + | Email/Text: ecf@ccpclaw.com | Oct 22 2024 23:48:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

Case 20-10219-amc   Doc 84   Filed 10/24/24   Entered 10/25/24 00:39:13   Desc Imaged
                         Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14457978 | + | Email/Text: bankruptcy@philapark.org | Oct 22 2024 23:49:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14457979 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 23 2024 00:00:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14477775 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2024 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14457980 | | Email/Text: bankruptcycourts@equifax.com | Oct 22 2024 23:48:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14457981 | ^ | MEBN | Oct 22 2024 23:41:33 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14457982 | + | Email/Text: contact@fiwlaw.com | Oct 22 2024 23:48:00 | Frederic Weinberg, Esq., Law Offices of Frederic I. Weinberg & A, 375 E. Elm Street Ste 210, Conshohocken, PA 19428-1973 |
| 14457983 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2024 23:48:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14479785 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 22 2024 23:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14457985 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 23:48:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14457986 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2024 23:59:28 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14457987 | + | Email/Text: PHILAW@weltman.com | Oct 22 2024 23:48:00 | Michael Dougherty, Esq., 170 S, Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14471968 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14457988 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14457992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 23:58:45 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14485945 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 23:59:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14452581 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14466145 | ^ | MEBN | Oct 22 2024 23:41:49 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14457990 | + | Email/Text: bankruptcy@philapark.org | Oct 22 2024 23:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14485996 | + | Email/Text: bncmail@w-legal.com | Oct 22 2024 23:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14482248 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2024 23:58:54 | Synchrony Bank, by AIS Infosource, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14457993 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 23:59:28 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14457995 | | Email/Text: bankruptcy@td.com | Oct 22 2024 23:48:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 14457996 | | Email/Text: DASPUBREC@transunion.com | Oct 22 2024 23:48:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL |

Case 20-10219-amc   Doc 84   Filed 10/24/24   Entered 10/25/24 00:39:13   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

| 14457994 | + Email/Text: bncmail@w-legal.com | Oct 22 2024 23:48:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 60661 |
|---|---|---|---|
| 14457997 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 22 2024 23:48:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14457975 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14457984 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kelly Rooney help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| SARAH K. MCCAFFERY | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smccaffery@pincuslaw.com ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor NewRez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 83 − 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Kelly Rooney ) Case No. 20−10219−amc
   aka Kelly Seibert )
         Debtor(s). ) Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

         Eastern District of Pennsylvania
         900 Market Street
         Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 22, 2024          For The Court

         Timothy B. McGrath
         Clerk of Court